**Samuel JONES, Jr., Plaintiff–Appellant,**

**v.**

**PREUIT & MAULDIN, a partnership composed of E.F. Mauldin, individually, and E.F. Mauldin as Executor or Administrator of the Estate of Leonard Preuit, Deceased; E.F. Mauldin; E.F. Mauldin as Executor or Administrator of the Estate of Leonard Preuit, Deceased; and Preuit Mauldin, Defendants–Appellees.**

**No. 86–7415–1.**

United States Court of Appeals, Eleventh Circuit.

Nov. 24, 1987.

Burr & Forman, C.V. Stelzenmuller, F.A. Flowers, III, Birmingham, Ala., for plaintiff-appellant.

<hr>

Potts, Young, Blasingame & Putnam, Robert W. Beasley, Florence, Ala., Don Siegelman, Atty. Gen., Ronald C. Forehand, Asst. Atty. Gen., for the State of Ala., Montgomery, Ala., Bradley, Arant, Rose & White, David G. Hymer, Donald M. James, Birmingham, Ala., for defendants-appellees.

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument during the week of February 22, 1988, on or hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.